**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

(1) Leontay A. Pratt  19P-2509
(Name of Plaintiff)  (Inmate Number)

730 East Walnut Str Lebanon P.A 17042
(Address)

(2) _____
(Name of Plaintiff)  (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) Michael Ott (Deputy Warden)
(2) Tina Litz (Deputy Warden)
(3) Robert J. Karnes (Warden)
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

1:20-CV-0171
(Case Number)

**CIVIL COMPLAINT**

FILED
SCRANTON
JAN 3 1 2020
PER _____
DEPUTY CLERK

TO BE FILED UNDER: ☑ 42 U.S.C. § 1983 - STATE OFFICIALS
☐ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

## I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____

_____

_____

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ☑ Yes ☐ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ☑ Yes ☐ No

C. If your answer to "B" is Yes:

1. What steps did you take? I filed A Grievance to the deputy Warden. Then appealed it to the Warden.

2. What was the result? Both Denied.

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: Tina Litz
Employed as Deputy Warden at Lebanon County Correctional Facility
Mailing address: 730 East Walnut Str Lebanon PA 17042

(2) Name of second defendant: Robert J. Karnes
Employed as Warden at Lebanon County Correctional Facility
Mailing address: 730 East Walnut Str Lebanon PA 17042

(3) Name of third defendant: Michael L. Ott
Employed as Deputy Warden at Lebanon County Correctional Facility
Mailing address: 730 East Walnut Str Lebanon PA 17042

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. Part of the Administrative Classification Committee who placed me in Segragation. Also who I sent my grievance too And denied it. I'm in Ad-seg for having Dreadlocks.

2. Also part of the Administration who placed me in Ad-seg. (for Having dreadlocks) And is the person I appealed my grievance to, and was denied.

3. Said to be the person who persist on enforcing the rule to segragate inmates with dreadlocks. Also part of the Administrative Commitee.

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Im seeking finacial compensation, solitary reliefe from Ad-seg. And for this facility to change its policy on Afro-Centric An rastarian hair styles, cultures, An religious Beleifes.

2.

3.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __January__ day of _____ 23RD _____, 20 20.

_____
(Signature of Plaintiff)

