IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEONTTAYY AMIR PRATT** and **LAMONT ROBINSON**, | : CIVIL ACTION NO. 1:20-CV-171 |
| | : |
| | : (Judge Conner) |
| **Plaintiffs** | : |
| v. | : |
| **MICHAEL OTT**, Deputy Warden of Operations, Lebanon County Correctional Facility; **TINA LITZ**, Deputy Warden of Treatment, Lebanon County Correctional Facility; **ROBERT J. KARNES**, Warden, Lebanon Correctional Facility; **JOSEPH WHEELER**, Captain of Security, Lebanon County Correctional Facility; and **LEBANON COUNTY**, | : |
| **Defendants** | : |

## ORDER

AND NOW, this 31st day of March, 2021, upon consideration of defendants' motion (Doc. 28) to dismiss plaintiffs' amended complaint, and the parties' briefs in support of and opposition thereto, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that defendants' motion (Doc. 28) to dismiss is DENIED and defendants shall respond to plaintiffs' amended complaint in accordance with the Federal Rules of Civil Procedure.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania